UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 5:23-cr-00085-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| DAKOTA DOUGLAS HIMES, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 24.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id.* at 3. The Defendant has not objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Himes knowingly and competently pled guilty to the charged offenses and that an adequate factual basis supports the plea as to each essential element of the offenses charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea **[R. 24]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Dakota Himes is **ADJUDGED** guilty of count One of the Indictment, charging a violation of 18 U.S.C. §§ 2251(a), (e);

3. The Defendant's interest in the property listed in the forfeiture allegation of the Indictment is **FORFEITED**; and,

2

4. The Defendant's Jury Trial is **CANCELLED**.

This the 14th day of November, 2023.

Gregory F. Van Tatenhove
United States District Judge